UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/2/2023__

WILLIAMS,

        Plaintiff,

-against-

QARIK GROUP, LLC,

        Defendant.

23-cv-03701 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    August 2, 2023
          New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**