USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/10/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAMS,

Plaintiff,

-against-

QARIK GROUP LLC,

Defendant.

**23-cv-03701-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' pre-motion conference letters related to Plaintiff's anticipated motion to dismiss Defendant's counterclaims. ECF Nos. 15, 17. In Defendant's response to Plaintiff's request for a pre-motion conference, it explains that "in lieu of a pre-motion conference, Qarik can amend the pleadings within 14 days to augment the factual allegations supporting their counterclaims so that this case may proceed." ECF No. 16.

Plaintiff's request for a premotion conference is **DENIED**. Defendant is hereby **GRANTED** leave to amend its counterclaims on or by **October 23, 2023.** The parties are hereby **ORDERED** to submit a joint status report on or by **November 3, 2023.** Plaintiff is directed to advise the Court if they still wish to move to dismiss the Defendant's counterclaims. If so, the parties shall provide a proposed briefing schedule.

**SO ORDERED.**

Dated:      **October 10, 2023**
               **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**